IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Robert L. Seabrooks, Jr., | ) | C/A No.: 1:17-3168-TMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| Lilly Randolph, Doctor, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Robert L. Seabrooks, Jr. ("Plaintiff"), proceeding pro se, filed this action on November 20, 2017. [ECF No. 1]. On May 17, 2018, Defendant filed a motion for summary judgment. [ECF No. 31]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of the motion and of the need for him to file an adequate response by June 18, 2018. [ECF No. 32]. Plaintiff was specifically advised that if he failed to respond adequately, Defendant's motion may be granted. *Id*.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff failed to respond to the motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to Defendant's motion for summary judgment by July 5, 2018. Plaintiff is further advised that if he fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

June 21, 2018  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge